226 So.2d 522

**PLANTATION PIPE LINE COMPANY**

v.

**KAISER ALUMINUM AND CHEMICAL CORPORATION.**

No. 49944.

Oct. 1, 1969.

In re: Kaiser Aluminum and Chemical Corporation applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 222 So.2d 905.

The application is denied. According to the facts of this case the result is correct.

SANDERS, J., is of the opinion a writ should be granted.

SUMMERS, J., is of the opinion a writ should be granted.

BARHAM, J., is of the opinion the writ should be granted for the reasons assigned in the Court of Appeal dissent.